Adriene Mixon, Bar No. 2773414
Mixona@sec.gov
Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC  20549
Telephone: (202) 551-4463
Fax: (703) 813-9728

Attorney for Plaintiff
United States Securities and Exchange Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　　vs.<br><br>GARY R. MARKS,<br><br>　　Defendant | Case Number: CV-12-4486-WHA<br><br>[~~PROPOSED~~] ORDER APPROVING DISTRIBUTION PLAN |

　　The Court having reviewed the Securities and Exchange Commission's unopposed motion to approve the Distribution Plan and for good cause shown, it is hereby ORDERED that

　　1. The Motion is GRANTED.

　　2. The Securities and Exchange Commission's proposed Distribution Plan is approved.

Dated:  June 15, 2015.

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　　　　　United States District Judge