1
2
3
4   Adriene Mixon, New York Bar No. 2773414
    Mixona@sec.gov
    Securities and Exchange Commission
    100 F. Street, N.E.
    Washington, DC 20549
    Telephone: (202) 551-4463
    Fax: (703) 813-9728

5   Attorney for Plaintiff
    United States Securities and Exchange Commission
6
7
8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO/OAKLAND DIVISION**
10

11  SECURITIES AND EXCHANGE           )   Case Number: CV-12-4486-WHA
    COMMISSION,                       )
12                                    )   [~~PROPOSED~~] ORDER TO DISBURSE
13          Plaintiff,                )   FUNDS TO PAY TAX ADMINISTRATOR
                                      )   FEES
14      vs.                           )
                                      )
15  GARY R. MARKS,                    )
                                      )
16          Defendant                 )
                                      )
17                                    )
                                      )
18                                    )

19

20      The Court having reviewed the Securities and Exchange Commission's motion and

21  memorandum to disburse funds to pay Tax Administrator Fees and for good cause shown,

22  **IT IS HEREBY ORDERED**:

23

24      1. The Motion is **GRANTED**.

25  //
26  //
27  //
28
                          Page **1** of **2**

[~~PROPOSED~~] ORDER TO DISBURSE FUNDS TO PAY TAX ADMINISTRATOR FEEES        CV-12-4486-WHA

2.   The Clerk of the Court shall disburse $6,016.23 of the funds on deposit with the Registry of the Court to pay the fees of the Distribution Fund's Tax Administrator currently due in this case.

Dated:   November 17, 2015.

_____
WILLIAM H. ALSUP
United States District Judge