Adriene Mixon, New York Bar No. 2773414
Mixona@sec.gov
Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549
Telephone: (202) 551-4463
Fax: (703) 813-9728

Attorney for Plaintiff
United States Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> GARY R. MARKS, <br><br> Defendant | Case Number: CV-12-4486-WHA <br><br> [~~PROPOSED~~] AMENDED ORDER TO DISBURSE FUNDS TO PAY TAX ADMINISTRATOR FEES |

The Court having reviewed the Securities and Exchange Commission's motion and memorandum to disburse funds to pay Tax Administrator Fees and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Motion is **GRANTED**.

//

//

//

Page **1** of **2**

[~~PROPOSED~~] AMENDED ORDER TO DISBURSE FUNDS TO PAY TAX ADMINISTRATOR FEEES
**CV-12-4486-WHA**

2. The SEC shall disburse $6,016.23 from the funds held by the SEC to pay the fees and expenses of the Tax Administrator as provided in the Declaration.

Dated:   October 4, 2016.

_____
WILLIAM H. ALSUP
United States District Judge