Adriene Mixon, New York Bar No. 2773414
Mixona@sec.gov
Securities and Exchange Commission
100 F. Street, N.E.
Washington, DC 20549
Telephone: (202) 551-4463
Fax: (703) 813-9728

Attorney for Plaintiff
United States Securities and Exchange Commission

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>vs.<br><br>GARY R. MARKS,<br><br>     Defendant | Case Number: CV-12-4486-WHA<br><br>[~~PROPOSED~~] ORDER TO TRANSFER FUNDS TO DISTRIBUTION AGENT FOR DISTRIBUTION TO ELIGIBLE INVESTORS |

The Court having reviewed the Securities and Exchange Commission's Unopposed Motion and Memorandum to Transfer Funds to the Distribution Agent for Distribution to Eligible Investors ("Motion"), and the supporting Affidavit of Nashira McCoy ("Affidavit"), and for good cause shown,

**IT IS HEREBY ORDERED**:

1.  The Motion is **GRANTED**.

//

2.   The SEC shall transfer the entire fund amount of $504,902, plus interest, and less fees and expenses (the "Fair Fund"), on deposit with the United States Treasury to Gilardi & Co. LLC (the "Distribution Agent").

3.   The Distribution Agent is authorized, without further order of the Court, to distribute $468,632.40 of the Fair Fund to Eligible Investors in accordance with the terms of the Distribution plan.

4.   Subject to review and approval of its invoice by the Commission's staff, the Distribution Agent is authorized to pay to the Distribution Agent $12,266.25 from the Fair Fund for fees and expenses already incurred during the distribution.

5.   The Distribution Agent is further authorized to pay all remaining fees, expenses, and tax obligations of the Fair Fund without further order of the Court, subject to the review and approval of the Commission's staff.

Dated: _January 12, 2017._____          _____

WILLIAM H. ALSUP
United States District Judge

Page **2** of **2**

**[PROPOSED] ORDER TO TRANSFER FUNDS TO DISTRIBUTION AGENT**

**CV-12-4486-WHA**